```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
          CASE NO. 10-14019-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

BRIAN JAMES KEITH,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 5, 2010. A Report and Recommendation filed on April 14, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4thth day of May, 2010.

                                            _____
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Jonathan Pinoli, AFPD
        Carmen Lineberger, AUSA